

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Warren<br><br>**Plaintiff,**<br><br>V.<br><br>Wells Fargo & Company; Wells Fargo Bank, N.A.; All Persons Unknown Claiming Any Legal or Equitable Right, Title/Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title or any Cloud on Plaintiff's; Does 1 through 99, inclusive; Clear Recon Corp.<br><br>**Defendant.** | Civil Action No. 16-cv-02872-CAB-NLS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Wells Fargo's motion to dismiss is Granted in its entirety, and the second amended complaint is Dismissed With Prejudice. It Is So Ordered.

Date: 1/3/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy